## SLATON v. STATE.

### No. 16106.

Court of Criminal Appeals of Texas.

June 14, 1933.

R. A. Wilson, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for robbery; punishment assessed being five years in the penitentiary.

The indictment is regular. No bill of exceptions or statement of facts are found in the record. In such condition nothing is presented for review.

The judgment is affirmed.